UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 29775
    CARLTON PATRICK
    PHYLLIS A PATRICK PUGH                CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-3449     SSN XXX-XX-7151
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/28/05 and confirmed on 09/30/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 33533.45 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MAZDA AMERICAN CREDIT | SECURED | 5500.00 | 414.21 | 5500.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 547.73 | .00 | 547.73 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2520.61 | .00 | 2520.61 |
| CAPITAL ONE BANK | UNSECURED | 1109.43 | .00 | 776.60 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 829.43 | .00 | 580.60 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 10474.00 | .00 | 7331.80 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 2357.28 | .00 | 1650.10 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2250.39 | .00 | 1575.27 |
| ILLINOIS LENDING | UNSECURED | 805.57 | .00 | 563.90 |
| AMERICASH LOANS | UNSECURED | 824.33 | .00 | 577.03 |
| MAZDA AMERICAN CREDIT | UNSECURED | 2789.31 | .00 | 1952.52 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6647.88 | .00 | 4653.52 |
| ILLINOIS DEPT REVENUE | UNSECURED | 149.20 | .00 | 104.44 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5500.00 | 3068.34 | 28236.82 | .00 | 36805.16 |
| PRINCIPAL PAID | 5500.00 | 3068.34 | 19765.78 | .00 | 28334.12 |
| INTEREST PAID | 414.21 | .00 | .00 | .00 | 414.21 |
| TOTAL PAID | 5914.21 | 3068.34 | 19765.78 | .00 | 28748.33 |

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   1451.70 .

Refunds to the Debtor totaled $    633.42 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/09                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

                              PAGE   2
       CASE NO. 05 B 29775 CARLTON PATRICK & PHYLLIS A PATRICK PUGH